

# Fourth Court of Appeals
## San Antonio, Texas

November 10, 2022

No. 04-22-00495-CV

Olga Lydia **VENEGAS**
Appellant/Cross-Appellee

v.

Ricardo **VENEGAS** and Maribel Veronica Ortiz,
Appellees/Cross-Appellants

From the 166th Judicial District Court, Bexar County, Texas
Trial Court No. 2018-CI-19142
Honorable Rosie Alvarado, Judge Presiding

## O R D E R

The reporter's record was due to be filed with this court on November 2, 2022. *See* TEX. R. APP. P. 35.1. After the due date, court reporter Judy Mata filed a first notification of late reporter's record. She requested a forty-five-day extension of time to file the record.

The request is GRANTED IN PART. The reporter's record is due on December 2, 2022. *See id.* R. 35.3(c) (limiting an extension in an ordinary appeal to thirty days).

_____
Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 10th day of November, 2022.

_____
MICHAEL A. CRUZ, Clerk of Court